Date: 01/04/10                    DIVIDENDS REMITTED TO THE COURT                                    Page:

Case Number 07-60779 - MAX DAICHES JEWELERS,

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Kaspar & Esh, Inc.<br>c/o The Jewelers Board of Trade<br>PO Box 6928<br>Providence, RI 02940 | 000002 | 4,334.65 | 2.36 |
| Texas Leasing Office<br>WSJ Properties<br>3301 W Marshall Ave Ste 101<br>Longview TX 75604-5082 | 000004 | 2,400.00 | 1.31 |
| ArtCarved Class Rings<br>Commemorative Brands Inc<br>P O Box 149056<br>Austin TX 78714-9056 | 000006 | 451.88 | 0.25 |
| Belair Time Corp<br>1995 Swarthmore Ave<br>Lakewood Industrial Park<br>Lakewood NJ 08701 | 000007 | 2,167.90 | 1.18 |
| Carla Corp<br>33 Sutton Ave<br>P O Box 14192<br>East Providence RI 02914-0192 | 000008 | 905.82 | 0.49 |
| AFNI/Verizon<br>404 Brock Drive<br>Bloomington, IL 61701 | 000010 | 252.38 | 0.14 |
| ---------- Remittance Total --------------- | | 10,512.63 | 5.73 |

_____
Stephen J. Zayler, Trustee